# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
HERNANDEZ, FRANCISCO § Case No. 11-01504
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Elizabeth C. Berg, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    Kenneth S. Gardner
    Clerk of the U.S. Bankruptcy Court
    219 S. Dearborn, 7th Floor
    Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at :
    10:00 a.m.
    on Thursday, November 10, 2011
    in Courtroom 250 of the Kane County Courthouse
    100 South 3rd Street, Geneva, Illinois

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____    By: Kenneth S. Gardner

*Elizabeth C. Berg, Trustee*
*19 S, LaSalle Street  #1500*
*Chicago, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
HERNANDEZ, FRANCISCO § Case No. 11-01504
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 5,786.26 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 5,786.26 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg, Trustee | $ 1,328.62 | $ 0.00 | $ 1,328.62 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,328.62 |
| Remaining Balance | | $ | 4,457.64 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 31,919.68  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  14.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Citibank N.A. | $ 5,258.55 | $ 0.00 | $ 734.37 |
| 000002 | Chase Bank USA, N.A. | $ 6,836.02 | $ 0.00 | $ 954.66 |
| 000003 | Chase Bank USA, N.A. | $ 8,946.26 | $ 0.00 | $ 1,249.36 |
| 000004 | American InfoSource LP as agent for Citibank N.A. | $ 3,986.25 | $ 0.00 | $ 556.69 |
| 000005 | FIA Card Services, NA/Bank of America | $ 6,892.60 | $ 0.00 | $ 962.56 |

Total to be paid to timely general unsecured creditors       $       4,457.64

Remaining Balance       $       0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/_____
Elizabeth C. Berg, Trustee

*Elizabeth C. Berg, Trustee*
*19 S, LaSalle Street  #1500*
*Chicago, IL 60603*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                 Case No. 11-01504-MB
Francisco Hernandez                                                    Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: choward              Page 1 of 1              Date Rcvd: Oct 11, 2011
                              Form ID: pdf006            Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2011.
```
db            +Francisco Hernandez,    1110 Indian Drive,    Elgin, IL 60120-2358
17542499       American InfoSource LP as agent for Citibank N.A.,     PO Box 248840,
                Oklahoma City, OK 73124-8840
16676047      +Chase,    201 N. Walnut St//De1-1027,    Wilmington, DE 19801-2920
16676046      +Chase,    N54 W 13600 Woodale Dr,    Mennomonee, WI 53051-7026
17361926       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16676049      +Chase Manhattan Mortgage,    Attention: Research Dept. G7-PP,    3415 Vision Drive,
                Columbus, OH 43219-6009
17313959      +Citibank N.A.,    c/o Citibank (South Dakota), N.A.,    ATTN: Claims Dept. MC 2135,
                701 E 60th Street North,    Sioux Falls, SD 57104-0432
16676050      +Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20507,   Kansas City, MO 64195-0507
16676051      +Citibank Usa,   Attn.: Centralized Bankruptcy,    Po Box 20363,   Kansas City, MO 64195-0363
16676052      +IBM Lender Business Process Service,    14523 SW Millikan Way Ste. 200,   Beaverton, OR 97005-2352
16676053      +Sears/cbsd,    Po Box 6189,   Sioux Falls, SD 57117-6189
16676054      +Slc Conduit I Llc,    99 Garnsey Rd,    Pittsford, NY 14534-4565
16676055     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: Us Bank/na Nd,     Attn: Bankruptcy Dept,   Po Box 5229,
                Cincinnati, OH 45201)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17371989       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 12 2011 11:17:09
                American InfoSource LP as agent for,    Citibank (South Dakota) N.A.,   PO Box 248840,
                Oklahoma City, OK 73124-8840
17656043       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 12 2011 11:17:09
                FIA Card Services, NA/Bank of America,   by American InfoSource LP as its agent,   PO Box 248809,
                Oklahoma City, OK 73124-8809
17404470      +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Oct 12 2011 11:17:09
                JP Morgan Chase Bank Department,   c/o Ascension Capital Group,    P.O. Box 201347,
                Arlington, TX 76006-1347
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16676048*     +Chase,   201 N. Walnut St//De1-1027,    Wilmington, DE 19801-2920
16676045     ##+Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
                                                                                  TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 13, 2011**              **Signature:**      *Joseph Speetjens*