## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re:                                    §
                                          §
HERNANDEZ, FRANCISCO                      §          Case No. 11-01504
                                          §
              Debtor(s)                   §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Elizabeth C. Berg, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                         Assets Exempt:
(Without deducting any secured claims)


Total Distributions to Claimants:         Claims Discharged
                                          Without Payment:


Total Expenses of Administration:

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on                   .  The case was pending for     months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Elizabeth C. Berg, Trustee _____

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Chase Manhattan Mortgage Attention: Research Dept. G7-PP 3415 Vision Drive Columbus, OH 43219 |  |  |  |  |  |
|  | Chase N54 W 13600 Woodale Dr Mennomonee, WI 53051 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IBM Lender Business Process Service 14523 SW Millikan Way Ste. 200 Beaverton, OR 97005 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERG, ELIZABETH | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citibank Usa Attn.: Centralized Bankruptcy Po Box 20363 Kansas City, MO 64195 | | | | | |
| | Slc Conduit I Llc 99 Garnsey Rd Pittsford, NY 14534 | | | | | |
| | Us Bank/na Nd Attn: Bankruptcy Dept Po Box 5229 Cincinnati, OH 45201 | | | | | |
| 000004 | AMER INFOSOURCE AGENT FOR CITIBANK | | | | | |
| 000002 | CHASE BANK USA, N.A. | | | | | |
| 000003 | CHASE BANK USA, N.A. | | | | | |
| 000001 | CITIBANK N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | FIA CARD SERVICES, NA/B OF A | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page:    1

Exhibit 8

| Case No: | 11-01504 | MB | Judge: MANUEL BARBOSA | | Trustee Name: | Elizabeth C. Berg, Trustee |

Case Name:   HERNANDEZ, FRANCISCO

Date Filed (f) or Converted (c):   01/14/11 (f)

341(a) Meeting Date:   02/28/11

For Period Ending:  01/17/12

Claims Bar Date:   08/10/11

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. | 1104 Indian Drive, Elgin IL 60120 Single Family Ho | 147,500.00 | 0.00 | | 0.00 | FA |
| 2. | 1110 Indian Drive, Elgin, IL Single Family Home- R | 132,000.00 | 0.00 | | 0.00 | FA |
| 3. | Chase Bank checking account | 100.00 | 100.00 | | 100.00 | FA |
| | Debtor turned over non-exempt proceeds of bank account and tax refund | | | | | |
| 4. | Misc: TV, Beds, Lamps, Sofas, Chairs, Dressers, wa | 1,200.00 | 0.00 | | 0.00 | FA |
| 5. | Clothing | 100.00 | 0.00 | | 0.00 | FA |
| 6. | 2010 expected tax refund | 5,786.05 | 5,686.05 | | 5,686.05 | FA |
| | Debtor turned over non-exempt proceeds of bank account and tax refund | | | | | |
| 7. | 2004 Chevy Venture 86,000 miles (debtor drives) | 2,175.00 | 2,175.00 | | 0.00 | FA |
| 8. | 2001 Nissan Xterra 160,000 miles (daughter drives) 11 | 1,700.00 | 0.00 | | 0.00 | FA |
| 9. | 2001 Nissan Maxima 140,000 miles (daughter's vehic | 2,000.00 | 0.00 | | 0.00 | FA |
| 10. | 2001 Honda Odyssey 148,000 miles (brother's car. H | 2,000.00 | 0.00 | | 0.00 | FA |
| INT. | Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.27 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $294,561.05 | $7,961.05 | | $5,786.32 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee recovered turnover of non-exempt proceeds of tax refund and bank account; Trustee analyzed claims; Trustee filed
her TFR 10/7/11; final hearing was held on  November 10, 2011; Trustee prepared TDR and submitted to UST on 1/18/12

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

Ver: 16.05a

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 11-01504    MB    Judge: MANUEL BARBOSA | Trustee Name: | Elizabeth C. Berg, Trustee |
| Case Name: | HERNANDEZ, FRANCISCO | Date Filed (f) or Converted (c): | 01/14/11 (f) |
| | | 341(a) Meeting Date: | 02/28/11 |
| | | Claims Bar Date: | 08/10/11 |

Initial Projected Date of Final Report (TFR): 09/30/11        Current Projected Date of Final Report (TFR): 09/30/11

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

Ver: 16.05a

FORM 2                                                                                                        Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                            Exhibit 9

| Case No: | 11-01504 -MB | | | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|---|---|
| Case Name: | HERNANDEZ, FRANCISCO | | | Bank Name: | Bank of America, N.A. |
| | | | | Account Number / CD #: | *******4248  Money Market Account |
| Taxpayer ID No: | *******5046 | | | | |
| For Period Ending: | 01/17/12 | | | Blanket Bond (per case limit): | $   100,000.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/20/11 | 6 | Francisco Hernandez 1104 Indian Drive Elgin IL 60120 | 2010 Federal Income Tax Refund | 1124-000 | 5,786.05 | | 5,786.05 |
| 05/31/11 | INT | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 5,786.06 |
| 06/30/11 | INT | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,786.11 |
| 07/29/11 | INT | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,786.16 |
| 08/31/11 | INT | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,786.21 |
| 09/30/11 | INT | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,786.26 |
| 10/31/11 | INT | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,786.31 |
| 11/11/11 | INT | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 5,786.32 |
| 11/11/11 | | Transfer to Acct #*******4374 | Final Posting Transfer Transfer for Final Distribution -JMM | 9999-000 | | 5,786.32 | 0.00 |

| Account *******4248 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 1 | Deposits | 5,786.05 | 0 | Checks | 0.00 |
| | 7 | Interest Postings | 0.27 | 0 | Adjustments Out | 0.00 |
| | | | | 1 | Transfers Out | 5,786.32 |
| | | Subtotal | $ 5,786.32 | | | |
| | | | | | Total | $ 5,786.32 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 5,786.32 | | | |

FORM 2                                                                                          Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                               Exhibit 9

| | |
|---|---|
| Case No: | 11-01504  -MB |
| Case Name: | HERNANDEZ, FRANCISCO |
| | |
| Taxpayer ID No: | *******5046 |
| For Period Ending: | 01/17/12 |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******4374  Checking Account |
| | |
| Blanket Bond (per case limit): | $   100,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/11/11 | | Transfer from Acct #*******4248 | Transfer In From MMA Account | 9999-000 | 5,786.32 | | 5,786.32 |
| | | | Transfer for Final Distribution -JMM | | | | |
| 11/11/11 | 001001 | Elizabeth C. Berg, Trustee c/o Baldi Berg & Wallace 19 S. LaSalle St. #1500 Chicago  IL  60603 | Trustee Compensation | 2100-000 | | 1,328.62 | 4,457.70 |
| 11/11/11 | 001002 | Citibank N.A. c/o Citibank (South Dakota), N.A. ATTN: Claims Dept. MC 2135 701 E 60th Street North Sioux Falls, SD 57117 | Claim 000001, Payment 13.96545% | 7100-000 | | 734.38 | 3,723.32 |
| 11/11/11 | 001003 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Claim 000002, Payment 13.96544% | 7100-000 | | 954.68 | 2,768.64 |
| 11/11/11 | 001004 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Claim 000003, Payment 13.96528% | 7100-000 | | 1,249.37 | 1,519.27 |
| 11/11/11 | 001005 | American InfoSource LP as agent for Citibank N.A. PO Box 248840 Oklahoma City, OK 73124-8840 | Claim 000004, Payment 13.96526% | 7100-000 | | 556.69 | 962.58 |
| 11/11/11 | 001006 | FIA Card Services, NA/Bank of America by American InfoSource LP as its agent PO Box 248809 Oklahoma City, OK 73124-8809 | Claim 000005, Payment 13.96541% | 7100-000 | | 962.58 | 0.00 |

FORM 2

Page:    3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-01504 -MB |
|---|---|
| Case Name: | HERNANDEZ, FRANCISCO |

| Taxpayer ID No: | *******5046 |
|---|---|
| For Period Ending: | 01/17/12 |

| Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******4374  Checking Account |

| Blanket Bond (per case limit): | $   100,000.00 |
|---|---|
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Account   *******4374 | | Balance Forward | | 0.00 | | | |
|---|---|---|---|---|---|---|---|
| | 0 | Deposits | | 0.00 | | 6  Checks | 5,786.32 |
| | 0 | Interest Postings | | 0.00 | | 0  Adjustments Out | 0.00 |
| | | | | | | 0  Transfers Out | 0.00 |
| | | Subtotal | $ | 0.00 | | | |
| | | | | | | Total | $  5,786.32 |
| | 0 | Adjustments In | | 0.00 | | | |
| | 1 | Transfers In | | 5,786.32 | | | |
| | | Total | $ | 5,786.32 | | | |

| Report Totals | | Balance Forward | | 0.00 | | | |
|---|---|---|---|---|---|---|---|
| | 1 | Deposits | | 5,786.05 | | 6  Checks | 5,786.32 |
| | 7 | Interest Postings | | 0.27 | | 0  Adjustments Out | 0.00 |
| | | | | | | 1  Transfers Out | 5,786.32 |
| | | Subtotal | $ | 5,786.32 | | | |
| | | | | | | Total | $  11,572.64 |
| | 0 | Adjustments In | | 0.00 | | | |
| | 1 | Transfers In | | 5,786.32 | | | |
| | | Total | $ | 11,572.64 | | Net Total Balance | $  0.00 |

Ver: 16.05a